IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID STORCH,

    Plaintiff,

v.                                    No. 1:10-CV-00749 MV/WDS

LOWE'S HOME CENTERS, INC.,
d/b/a LOWE'S,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Vacate Settlement Conference, and being fully advised of the underlying premises, finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the settlement conference currently set for January 25, 2011 shall be vacated and reset.

_____
THE HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/  Grieta A. Gilchrist
Gilchrist & Rivera, P.C.
Attorneys for Plaintiff
300 Central Ave SW, Ste 1300-E
Albuquerque, NM 87102
505-243-6288


Approved as to form by:

Lisa Mann
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168
505-848-1800